UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KEYBANK NATIONAL ASSOCIATION

VERSUS

PERKINS ROWE ASSOCIATES, L.L.C.,
ET AL

CIVIL ACTION

NO. 09-497-JJB-SCR

## <u>SECOND AMENDED KEEPER ORDER</u>

KeyBank National Association ("KeyBank" or "Plaintiff") has moved the Court to enter an order that directs the Court to issue a writ of sequestration, requesting the Marshal to seize the property described in Exhibit "A" hereto (the "Property") and to appoint Jones Lang LaSalle Americas, Inc., as the keeper (the "Keeper") of the Property that the Marshal seizes under the writ of sequestration. The Court has granted Plaintiff's motion. Accordingly, the Court orders as follows:

1. That a writ of sequestration issue ordering the Marshal to seize the Property;

2. That the Marshal seize the Property pursuant to the writ of sequestration;

3. That, after seizing the Property, the Marshal place with Jones Lang LaSalle Americas, Inc. as Keeper the possession of the Property;

4. That, after seizing the Property, the Marshal accompany Jones Lang LaSalle Americas, Inc. as Keeper as the Keeper provides notice of the seizure to the owners, occupants, operators, tenants, employees, or licensees in possession of the Property;

5.    That Jones Lang LaSalle Americas, Inc. as the Keeper of the Property has full power of management and administration of the Property, including (without limitation) the authority to operate the Property in the ordinary course of business, with authority to take all necessary steps to operate, maintain and preserve the Property, to collect any rentals and revenues from the Property, to tax all of Keeper's costs as costs of the Property, and to have all other powers and rights of a keeper appointed pursuant to Louisiana Revised Statutes §§ 9:5135-40, and as provided in the Mortgage being foreclosed, which rights and powers shall include, without limitation:

a. That the Keeper take possession of, collect, control and hold the rents and other revenues from the Property, to enter the premises of such immovable Property for the purpose of collecting such rents and other revenues, and to manage and operate the Property so as to enable the Keeper to collect, control and hold the rents and other revenues;

b. That any officer, partner, owner, manager, professional person, employee, management company or representative of the Defendants, or any other person or entity who has possession, control or access to rents and other revenues shall deliver to the Keeper forthwith the following items pertaining to (i) the Property; (ii) Perkins Rowe Associates, L.L.C., Perkins Rowe Associates II, L.L.C., and Perkins Rowe Block A Condominiums, L.L.C., each in their respective capacity as owner of the Property, or (iii) any other

person or entity in its or his/her capacity as a direct or indirect owner of an interest in the Property:

i. All accounts receivable;

ii. All cash, including petty cash;

iii. All stocks, bonds, negotiable instruments, certificates of deposit, securities and other investments which constitute rents and other revenues from the Property;

iv. All advance deposits;

v. All deposit accounts;

vi. All utility deposits;

vii. All contracts of sale and lease, including all files and correspondence relating thereto;

viii. All vendor contracts, and

ix. All records relating to the Property

wherever any of the foregoing (i) through (ix) may be located;

c. That the Keeper shall be and hereby is entitled to demand, collect and receive from the owners, occupants, operators, tenants, employees or licensees in possession of said Property, all charges, deposits and other rents and revenues, now due or unpaid or hereafter to become fixed or due;

d. That the Keeper is hereby authorized to manage and operate the Property with the usual powers and authority to operate the

Property as a going concern, so as to enable to the Keeper to be able to collect, control and hold the rents and other revenues;

e. That any person, corporation, partnership, professional person, management company, manager, agent, owner, occupant, tenant, vendor or entity, including, but not limited to, brokers, financial advisors, banks, and other financial institutions or any management companies holding any deposits, funds and rents and other revenues pertaining to the Property, or Perkins Rowe Associates, L.L.C., Perkins Rowe Associates II, L.L.C, or Perkins Rowe Block A Condominiums, L.L.C., each in their respective capacity as owner of the Property, immediately turn over to the Keeper all such deposits, funds and rents and other revenues, including, but not limited to, cash, bonds, securities, certificates of deposit, negotiable instruments, stock, investment accounts, accounts receivable, accounting and business records of any kind, or advances of rent as security under any lease or license agreement affecting the Property;

f. That the Keeper shall thereafter pay the rents and other revenues over to KeyBank or apply such rents and other revenues as the Court may hereafter direct;

g. That all owners, partners, officers, managers, professional persons, employees, management company, representatives, tenants and lessees turn over to the Keeper all books, records, ledgers, check

books, accounting and bookkeeping files, rent rolls, occupancy lists, service contracts, licenses and permits for the operation of the Property, and vendor agreements relating to the operation of the Property immediately upon entry of this Order;

h. That the Keeper is hereby authorized to take possession of and relocate all books, records, ledgers, check books, accounting and bookkeeping files, rent rolls, occupancy lists, service contracts, licenses and permits for the operation of the Property, and vendor agreements relating to the operation of the Property;

i. That the owners, partners, employees, agents and all other persons named in the licenses and permits for the Property cooperate fully with the Keeper in executing any necessary or appropriate amendments, endorsements or applications relating to the existing licenses and permits;

j. That the Keeper is hereby authorized to employ attorneys, accountants, professionals, agents, management companies, and other persons, firms, or corporations necessary or appropriate to assist it in the management and collection of the rents and other revenues;

k. That the Keeper is authorized to take such action as may be necessary or appropriate to the orderly and efficient collection and management of the rents and other revenues;

l. That each of Perkins Rowe Associates, L.L.C., Perkins Rowe Associates II, L.L.C., and Perkins Rowe Block A Condominiums, L.L.C. and all other persons having notice of this Order are hereby restrained and enjoined from transferring, using or disposing of the rents and other revenues and the licenses described above, except that the rents and other revenues and licenses may be transferred to the Keeper, in its capacity as keeper;

m. That all persons, firms and corporations are directed to turn over and pay all rents and other revenues resulting from the Property directly to the Keeper;

n. That all persons, firms and corporations having notice of this Order are restrained and enjoined from interfering with the Keeper in the performance of its duties;

o. That any person or entity, including but not limited to banks and other financial institutions holding any deposits or funds pertaining to the Property or advances of rental as security under any lease or license agreement affecting the Property which are the subject of this action shall turn over said deposits or advances and a true copy of any and all occupancy agreements and/or leases, including any and all amendments and modifications thereto, to said Keeper;

p. That said Keeper shall be and hereby is authorized to cause to be made any reasonable and necessary ordinary repairs to the Property, to take all reasonable and necessary action to bring the

Property into compliance with all applicable federal and state laws and regulations, and further that said Keeper shall keep said Property reasonably maintained and secure, and to hire, employ and engage contractors for a reasonable and competitive sum for such work;

q. That said Keeper shall be and hereby is authorized to sell, convey, lease, assign, hypothecate, mortgage, pledge, pawn, encumber or exchange any or all of the Property, whenever required, including immovable, movable, corporeal, incorporeal or mixed, to execute, seal and deliver any transfers, writings and instruments to effect such transaction or transactions; and to receive in payment the proceeds of such transaction or transactions without any duty or obligation on the payor to investigate the disposition thereof, including, without limitation, leasing to third parties portions of the Property available for lease and to sell to third parties condominiums available for sale, all on such terms as such Keeper believes to be in the best interests of the Property;

r. That said Keeper shall be and hereby is authorized to make alterations to the Project as required by any lease relating to the Property entered into by Borrower or Keeper; and

s. That said Keeper shall be and hereby is authorized to occupy vacant space within the Property to use for administrative purposes.

6.   That the Keeper is entitled to be reimbursed its costs and expenses in carrying out the foregoing, together with reasonable compensation, during the term of such Keeper's appointment.

IT IS FURTHER ORDERED that the Marshal shall have no responsibility for the Property seized or the actions of the Keeper after custody of the Property has been delivered to the Keeper, and shall not be entitled to receive any commission on the rents, revenues or other fruits of the Property delivered to the Keeper.

IT IS FURTHER ORDERED THAT, by reason of the seizure in its entirety and/or sale of the Property, all parties to this action shall hereby release, hold harmless and indemnify the United States, its agencies, officers, employees, agents and assigns, including the United States Marshals Service, from any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and/or by reason of, any and all known and unknown, foreseen and unforeseen injuries to person(s) and/or property, resulting, and/or to result, from the seizure/sale of the Property.

Signed in Baton Rouge, LA this 25th day of July, 2011.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

*The Property Subject to the Order*

## I.    Tract A-1-A-1-A-1

COMMENCING AT A POINT BEING FORMED BY THE INTERSECTION OF THE LINE COMMON BETWEEN SECTIONS 57 & 58, T.8S., R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427) THENCE PROCEED ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY 427) N61°23'51"W - 126.61' TO THE POINT OF BEGINNING.

THENCE N61°23'51"W - 37.06';

THENCE N28°46'04"E - 65.15';

THENCE N33°59'25"E - 165.45';

THENCE N28°46'04"E - 216.96';

THENCE ALONG THE ARC OF A CURVE TO THE LEFT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 9.50', A TANGENT OF 9.50', A LENGTH OF 14.92', A CHORD OF 13.44' AND A CHORD BEARING N16°14'00"W;

THENCE N61°13'56"W - 452.00';

THENCE ALONG THE ARC OF A CURVE TO THE LEFT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 9.50', A TANGENT OF 9.50', A LENGTH OF 14.92', A CHORD OF 13.44' AND A CHORD BEARING S73°46'04"W;

THENCE S28°46'04"W - 448.05';

THENCE N53°59'26"W – 49.02';

THENCE N28°46'04"E - 247.52';

THENCE N61°13'56"W - 181.00';

THENCE N28°46'04"E - 3.00';

THENCE N61°13'56"W - 306.09';

THENCE ALONG THE EASTERLY RIGHT-OF-WAY LINE OF BLUEBONNET BOULEVARD (LA HWY 1248) N28°31'15"E - 35.48';

THENCE S61°13'56"E - 488.26';

THENCE ALONG THE ARC OF A CURVE TO THE LEFT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 24.50', A TANGENT OF 24.50', A LENGTH OF 38.48', A CHORD OF 34.65' AND A CHORD BEARING N73°46'04"E;

THENCE N28°46'04"E - 301.00';

THENCE ALONG THE ARC OF A CURVE TO THE LEFT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 24.50', A TANGENT OF 24.50', A LENGTH OF 38.48', A CHORD OF 34.65' AND A CHORD BEARING N16°13'56"W;

THENCE N61°13'56"W - 205.50';

THENCE ALONG THE ARC OF A CURVE TO THE LEFT HAVING A CENTRAL ANGLE OF 15°08'55", A RADIUS OF 24.50', A TANGENT OF 3.26', A LENGTH OF 6.48', A CHORD OF 6.46' AND A CHORD BEARING N68°48'24"W;

THENCE ALONG THE ARC OF A CURVE TO THE LEFT HAVING A CENTRAL ANGLE OF 44°44'09", A RADIUS OF 24.50', A TANGENT OF 10.08', A LENGTH OF 19.13', A CHORD OF 18.65' AND A CHORD BEARING S81°15'05"W;

THENCE N61°13'56"W - 263.02' TO THE EASTERLY RIGHT-OF-WAY LINE OF BLUEBONNET BOULEVARD (LA HWY 1248);

THENCE ALONG THE EASTERLY RIGHT-OF-WAY LINE OF BLUEBONNET BOULEVARD (LA HWY 1248) N 28°31'15"E - 49.04';

THENCE S61°13'56"E - 121.43';

THENCE S53°42'04"E - 97.42';

THENCE S61°13'56"E - 154.94';

THENCE S28°46'04"W - 8.55';

THENCE S61°13'56"E - 755.00';

THENCE N28°29'03"E - 17.09';

THENCE S61°13'56"E - 24.83';

THENCE S28°29'03"W - 26.61';

THENCE N61°13'56"W - 128.49';

THENCE S28°46'04"W - 367.00';

THENCE S61°13'56"E - 5.09';

THENCE S28°46'04"W - 279.77' TO THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) AND THE POINT OF BEGINNING.

LESS AND EXCEPT BLOCK B, BLOCK B-1 AND BLOCK C (SEE SEPARATE DESCRIPTION)

SAID TRACT BEING DESIGNATED AS "TRACT A-1-A-1-A-1" (NOT A BUILDING SITE) AND LOCATED IN SECTION 58, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AS SHOWN ON A MAP TITLED "MAP SHOWING SUBDIVISION OF TRACT A-1-A-1-A, GEORGE M. PAULAT PROPERTY AND TRACT B-1-A, EUNICE K. SABATIER TRACT..." BY DAVID B. FAZEKAS, P.L.S. DATED MAY 30, 2006 AND RECORDED IN THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, LOUISIANA AS ORIGINAL 124, BUNDLE 11845.


## II.    Tract B

COMMENCING AT A POINT BEING FORMED BY THE INTERSECTION OF THE LINE COMMON BETWEEN SECTIONS 57 & 58, T.8S., R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427), THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) PROCEED N61°23'51"W - 618.49'; THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) N53°59'26"W - 100.84'; THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) N61°23'51"W - 129.59' TO THE POINT OF BEGINNING.

THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY 427) N61°23'51"W - 280.52' TO THE EASTERLY RIGHT-OF-WAY LINE OF BLUEBONNET BOULEVARD (LA HWY. 1248);

THENCE ALONG THE EASTERLY LINE OF BLUEBONNET BOULEVARD (LA HWY 1248) N10°07'08"W - 39.26';

THENCE ALONG THE EASTERLY LINE OF BLUEBONNET BOULEVARD (LA HWY 1248) N28°31'15"E - 214.62';

THENCE S61°13'56"E - 306.09';

THENCE S28°46'04"W - 3.00';

THENCE S28°46'07"W - 241.36' TO THE NORTHERLY LINE OF PERKINS ROAD (LA HWY. 427) AND THE POINT OF BEGINNING.

SAID TRACT BEING DESIGNATED AS "TRACT B" AND LOCATED IN SECTION 58, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AS SHOWN ON A MAP TITLED "MAP SHOWING SUBDIVISION OF TRACT A-1-A-1-A, GEORGE M. PAULAT PROPERTY AND TRACT B-1-A, EUNICE K. SABATIER TRACT..." BY DAVID B. FAZEKAS, P.L.S. DATED MAY 30, 2006 AND RECORDED IN THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, LOUISIANA AS ORIGINAL 124, BUNDLE 11845.

### III.　Block G

COMMENCING AT A POINT BEING FORMED BY THE INTERSECTION OF THE LINE COMMON BETWEEN SECTIONS 57 & 58, T.8S., R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427), THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) PROCEED N61°23'51"W - 163.67' TO THE POINT OF BEGINNING.

THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY 427) N61°23'51"W - 454.83';

THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY 427) N53°59'26"W - 1.12';

THENCE N28°46'04"E - 448.05'

THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 9.50', A TANGENT OF 9.50', A LENGTH OF 14.92', A CHORD OF 13.44' AND A CHORD BEARING N73°46'04"E;

THENCE S61°13'56"E - 452.00';

THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 9.50', A TANGENT OF 9.50', A LENGTH OF 14.92', A CHORD OF 13.44' AND A CHORD BEARING S16°14'00"E;

THENCE S28°46'04"W - 216.96';

THENCE S33°59'25"W - 165.45';

THENCE S28°46'04"W - 65.15' TO THE POINT OF BEGINNING.

SAID TRACT BEING DESIGNATED AS "BLOCK G" AND LOCATED IN SECTION 58, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AS SHOWN ON A MAP TITLED "MAP SHOWING SUBDIVISION OF TRACT A-1-A-1-A, GEORGE M. PAULAT PROPERTY AND TRACT B-1-A, EUNICE K.

SABATIER TRACT..." BY DAVID B. FAZEKAS, P.L.S. DATED MAY 30, 2006 AND RECORDED IN THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, LOUISIANA AS ORIGINAL 124, BUNDLE 11845.

## IV.    Block H

COMMENCING AT A POINT BEING FORMED BY THE INTERSECTION OF THE LINE COMMON BETWEEN SECTIONS 57 & 58, T.8S., R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427), THENCE PROCEED N61°23'51"W - 618.49'; THENCE N53°59'26"W - 49.02'; THENCE N28°46'04"E - 247.52'; THENCE N61°13'56"W - 181.00'; THENCE N28°46'04"E - 3.00'; THENCE N61°13'56"W - 306.09' TO THE EASTERLY RIGHT-OF-WAY LINE OF BLUEBONNET BOULEVARD (LA HWY 1248); THENCE ALONG THE EASTERLY RIGHT-OF-WAY LINE OF BLUEBONNET BOULEVARD (LA HWY 1248) N28°31'15"E - 422.32' TO THE POINT OF BEGINNING.

THENCE ALONG THE EASTERLY RIGHT-OF-WAY LINE OF BLUEBONNET BOULEVARD (LA HWY 1248) N28°31'15"E - 267.50';

THENCE S60°40'09"E - 238.48';

THENCE S28°46'04"W - 277.92';

THENCE N61°13'56"W - 19.31';

THENCE N53°42'04"W - 97.42';

THENCE N61°13'56"W - 121.43' TO THE EASTERLY RIGHT-OF-WAY LINE OF BLUEBONNET BOULEVARD (LA HWY. 1248) AND THE POINT OF BEGINNING.

SAID TRACT BEING DESIGNATED AS "BLOCK H" AND LOCATED IN SECTION 58, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AS SHOWN ON A MAP TITLED "MAP SHOWING SUBDIVISION OF TRACT A-1-A-1-A, GEORGE M. PAULAT PROPERTY AND TRACT B-1-A, EUNICE K. SABATIER TRACT..." BY DAVID B. FAZEKAS, P.L.S. DATED MAY 30, 2006 AND RECORDED IN THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, LOUISIANA AS ORIGINAL 124, BUNDLE 11845.

## V.    Block A

COMMENCING AT A POINT BEING FORMED BY THE INTERSECTION OF THE LINE COMMON BETWEEN SECTIONS 57 & 58, T.8S., R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427), THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427)

PROCEED N61°23'51"W - 618.49'; THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) N53°59'26"W - 49.02'; THENCE N28°46'04"E - 247.52'; THENCE N61°13'56"W - 181.00'; THENCE N28°46'04"E - 3.00'; THENCE N61°13'56"W - 306.09' TO THE EASTERLY RIGHT-OF-WAY LINE OF BLUEBONNET BOULEVARD (LA HWY 1248); THENCE ALONG THE EASTERLY RIGHT-OF-WAY LINE OF BLUEBONNET BOULEVARD (LA HWY 1248) N28°31'15"E - 35.48'; THENCE S61°13'56"E - 276.25' TO THE POINT OF BEGINNING.

THENCE N28°47'05"E - 349.15';

THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 15°08'55", A RADIUS OF 24.50', A TANGENT OF 3.26', A LENGTH OF 6.48', A CHORD OF 6.46' AND A CHORD BEARING S68°48'24"E;

THENCE S61°13'56"E - 205.50';

THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 24.50', A TANGENT OF 24.50', A LENGTH OF 38.48', A CHORD OF 34.65' AND A CHORD BEARING S16°13'56"E;

THENCE S28°46'04"W - 301.00';

THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 24.50', A TANGENT OF 24.50', A LENGTH OF 38.48', A CHORD OF 34.65' AND A CHORD BEARING S73°46'04"W;

THENCE N61°13'56"W - 212.01' TO THE POINT OF BEGINNING.

SAID TRACT BEING DESIGNATED AS "BLOCK A" AND LOCATED IN SECTION 58, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AS SHOWN ON A MAP TITLED "MAP SHOWING SUBDIVISION OF TRACT A-1-A-1-A, GEORGE M. PAULAT PROPERTY AND TRACT B-1-A, EUNICE K. SABATIER TRACT..." BY DAVID B. FAZEKAS, P.L.S. DATED MAY 30, 2006 AND RECORDED IN THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, LOUISIANA AS ORIGINAL 124, BUNDLE 11845.

LESS AND EXCEPT THE FOLLOWING CONDOMINIUM UNITS HAVING BEEN RELEASED FROM BLOCK A: 307, 417, 318, 316, 322, 314, 312, 317, 414, 220, 221, 416, 326, 305, 407, 315, 426, 306, 209, 310, 218, 324, 325, 225, 424, 304, 229, 328, 311, 308, 406, 201, 227, 226, 212, 216, 217, 405, 219, 421, 415, 329, 327, 428, 409, 427, 423, 203 and 422, IN THE CONDOMINIUM REGIME KNOWN AS LOFTS AT PERKINS ROWE CONDOMINIUM, FILED FOR RECORD AS ORIGINAL 164, BUNDLE 12020 OF THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, LOUISIANA, BEING PART OF UNIT B, PERKINS ROWE BUILDING "A" RETAIL AND RESIDENTIAL CONDOMINIUM, FILED FOR RECORD AS ORIGINAL 161, BUNDLE 12020 OF THE OFFICIAL RECORDS OF EAST BATON ROUGE, STATE OF LOUISIANA.

## VI.  Block A-1

COMMENCING AT A POINT OF BEING FORMED BY THE INTERSECTION OF THE LINE COMMON BETWEEN SECTIONS 57 & 58, T.8S., R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427), THENCE PROCEED N61º23'51"W – 618.49'; THENCE N53 º59'26"W – 49.02'; THENCE N28 º46'04"E – 247.52'; THENCE N61 º13'56"W – 181.00'; THENCE N28 º46'04"E – 3.00'; THENCE N61 º13'56"W – 306.09' TO THE EASTERLY RIGHT-OF-WAY LINE OF BLUEBONNET BOULEVARD (LA HWY 1248); THENCE ALONG THE EASTERLY RIGHT-OF-WAY LINE OF BLUEBONNET BOULEVARD (LA HWY 1248) N28 º31'15"E – 35.48' TO THE POINT OF BEGINNING.

THENCE ALONG THE EASTERLY RIGHT-OF-WAY LINE OF BLUEBONNET BOULEVARD (LA HWY 1248) N28 º31'15"E – 337.80';

THENCE S61 º13'56"E – 263.02';

THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 44 º44'09", A RADIUS OF 24.50', A TANGENT OF 10.08', A LENGTH OF 19.13', A CHORD OF 18.65' AND A CHORD BEARING N81 º15'05"E;

THENCE S28 º47'05"W – 349.15';

THENCE N61 º13'56"W – 276.25' TO THE EASTERLY RIGHT-OF-WAY LINE OF BLUEBONNET BOULEVARD (LA HWY 1248) AND THE POINT OF BEGINNING.

SAID TRACT BEING DESIGNATED AS "BLOCK A-1" AND LOCATED IN SECTION 58, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AS SHOWN ON A MAP TITLED "MAP SHOWING SUBDIVISION OF TRACT A-1-A-1-A, GEORGE M. PAULAT PROPERTY AND TRACT B-1-A, EUNICE K. SABATIER TRACT..." BY DAVID B. FAZEKAS, P.L.S. DATED MAY 30, 2006 AND RECORDED IN THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, LOUISIANA AS ORIGINAL 124, BUNDLE 11845.

## VII.  Block B

COMMENCING AT A POINT BEING FORMED BY THE INTERSECTION OF THE LINE COMMON BETWEEN SECTIONS 57 & 58, T.8S., R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427), THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) PROCEED N61º23'51"W - 618.49'; THENCE ALONG THE NORTHERLY RIGHT-OF-

WAY LINE OF PERKINS ROAD (LA HWY 427) N53°59'26"W - 1.12'; THENCE N28°46'04"E - 448.05'; THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 9.50', A TANGENT OF 9.50', A LENGTH OF 14.92', A CHORD OF 13.44' AND A CHORD BEARING N73°46'04"E; THENCE S61°13'56"E - 172.75'; THENCE N28°46'04"E - 22.00' TO THE POINT OF BEGINNING.

THENCE N61°13'56"W - 172.75';

THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 9.50', A TANGENT OF 9.50', A LENGTH OF 14.92', A CHORD OF 13.44' AND A CHORD BEARING N16°13'56"W;

THENCE N28°46'04"E - 128.50';

THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 24.50', A TANGENT OF 24.50', A LENGTH OF 38.48', A CHORD OF 34.65' AND A CHORD BEARING N73°46'04"E;

THENCE S61°13'56"E - 157.75';

THENCE S28°46'04"W - 162.50' TO THE POINT OF BEGINNING.

SAID TRACT BEING DESIGNATED AS "BLOCK B" AND LOCATED IN SECTION 58, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AS SHOWN ON A MAP TITLED "MAP SHOWING SUBDIVISION OF TRACT A-1-A-1-A, GEORGE M. PAULAT PROPERTY AND TRACT B-1-A, EUNICE K. SABATIER TRACT..." BY DAVID B. FAZEKAS, P.L.S. DATED MAY 30, 2006 AND RECORDED IN THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, LOUISIANA AS ORIGINAL 124, BUNDLE 11845.


## VIII.    Block B-1

COMMENCING AT A POINT BEING FORMED BY THE INTERSECTION OF THE LINE COMMON BETWEEN SECTIONS 57 & 58, T.8S., R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427), THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) PROCEED N61°23'51"W - 618.49'; THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY 427) N53°59'26"W - 1.12'; THENCE N28°46'04"E - 448.05'; THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 9.50', A TANGENT OF 9.50', A LENGTH OF 14.92', A CHORD OF 13.44' AND A CHORD BEARING N73°46'04"E; THENCE S61°13'56"E - 172.75'; THENCE N28°46'04"E - 22.00' TO THE POINT OF BEGINNING.

THENCE N28°46'04"E - 162.50';

THENCE S61°13'56"E - 106.00';

THENCE S28°46'04"W - 162.50';

THENCE N61°13'56"W - 106.00' TO THE POINT OF BEGINNING.

SAID TRACT BEING DESIGNATED AS "BLOCK B-1" AND LOCATED IN SECTION 58, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AS SHOWN ON A MAP TITLED "MAP SHOWING SUBDIVISION OF TRACT A-1-A-1-A, GEORGE M. PAULAT PROPERTY AND TRACT B-1-A, EUNICE K. SABATIER TRACT..." BY DAVID B. FAZEKAS, P.L.S. DATED MAY 30, 2006 AND RECORDED IN THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, LOUISIANA AS ORIGINAL 124, BUNDLE 11845.


## IX.    Block C

COMMENCING AT A POINT BEING FORMED BY THE INTERSECTION OF THE LINE COMMON BETWEEN SECTIONS 57 & 58, T.8S., R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427), THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) PROCEED N61°23'51"W - 618.49'; THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY 427) N53°59'26"W - 1.12'; THENCE N28°46'04"E - 448.05'; THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 9.50', A TANGENT OF 9.50', A LENGTH OF 14.92', A CHORD OF 13.44' AND A CHORD BEARING N73°46'04"E; THENCE S61°13'56"E - 172.75'; THENCE N28°46'04"E - 22.00'; THENCE S61°13'56"E - 106.00' TO THE POINT OF BEGINNING.

THENCE N28°46'04"E - 162.50';

THENCE S61°13'56"E - 158.25';

THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 24.50', A TANGENT OF 24.50', A LENGTH OF 38.48', A CHORD OF 34.65' AND A CHORD BEARING S16°13'56"E;

THENCE S28°46'04"W - 128.50';

THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 90°00'00", A RADIUS OF 9.50', A TANGENT OF 9.50', A LENGTH OF 14.92', A CHORD OF 13.44' AND A CHORD BEARING S73°46'10"W;

THENCE N61°13'56"W - 173.25' TO THE POINT OF BEGINNING.

SAID TRACT BEING DESIGNATED AS "BLOCK C" AND LOCATED IN SECTION 58, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AS SHOWN ON A MAP TITLED "MAP SHOWING SUBDIVISION OF TRACT A-1-A-1-A, GEORGE M. PAULAT PROPERTY AND TRACT B-1-A, EUNICE K. SABATIER TRACT..." BY DAVID B. FAZEKAS, P.L.S. DATED MAY 30, 2006 AND RECORDED IN THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, LOUISIANA AS ORIGINAL 124, BUNDLE 11845.


## X.    Block N

COMMENCING AT A POINT BEING FORMED BY THE INTERSECTION OF THE LINE COMMON BETWEEN SECTIONS 57 & 58, T.8S., R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427), THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) PROCEED N61°23'51"W - 126.61' TO THE POINT OF BEGINNING.

THENCE N28°46'04"E - 279.77';

THENCE S61°13'56"E - 660.81';

THENCE S28°28'33"W - 275.68';

THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) ALONG THE ARC OF A CURVE TO THE LEFT HAVING A CENTRAL ANGLE OF 1°11'22", A RADIUS OF 2596.48', A LENGTH OF 53.90', A CHORD OF 53.90' AND A CHORD BEARING N60°33'18"W;

THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) N63°05'54"W - 100.26';

THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) N61°23'51"W - 508.11' TO THE POINT OF BEGINNING.

SAID TRACT BEING DESIGNATED AS "BLOCK N" AND LOCATED IN SECTION 57 & 58, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AS SHOWN ON A MAP TITLED "MAP SHOWING SUBDIVISION OF TRACT A-1-A-1-A, GEORGE M. PAULAT PROPERTY AND TRACT B-1-A, EUNICE K. SABATIER TRACT..." BY DAVID B. FAZEKAS, P.L.S. DATED MAY 30, 2006 AND RECORDED IN THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, LOUISIANA AS ORIGINAL 124, BUNDLE 11845.

LESS AND EXCEPT THE FOLLOWING:

COMMENCING AT A POINT BEING FORMED BY THE INTERSECTION OF THE COMMON LINE BETWEEN TRACT A-1-A-1-A-1 AND THE WESTERN LINE OF BLOCK N AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427), THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) PROCEED S61°23'51"E – 508.11'; THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) S63°05'54"E – 100.26'; THENCE ALONG THE ARC OF A CURVE CONCAVING TO THE SOUTH HAVING A CENTRAL ANGLE OF 00°31'38", A RADIUS OF 2596.48', A TANGENT OF 11.95', A LENGTH OF 23.90', A CHORD OF 23.90' AND A CHORD BEARING S60°53'10"E; TO THE POINT OF BEGINNING.

THENCE N28°28'33"E – 247.70';

THENCE S61°13'56"E – 30.00';

THENCE S28°28'33"W – 248.19';

THENCE ALONG THE ARC OF A CURVE CONCAVING TO THE SOUTH HAVING A CENTRAL ANGLE OF 00°39'44", A RADIUS OF 2596.48', A TANGENT OF 15.00', A LENGTH OF 30.01', A CHORD OF 30.01' AND A CHORD BEARING N60°17'29"W; THE POINT OF BEGINNING.

SAID TRACT BEING A POTION OF BLOCK N AND LOCATED IN SECTION 57, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA.


## XI.    Block D

COMMENCING AT A POINT BEING FORMED BY THE INTERSECTION OF THE LINE COMMON BETWEEN SECTIONS 57 & 58, T.8S., R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427) THENCE PROCEED ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY 427) N61°23'51"W - 126.61'; THENCE N28°46'04"E - 279.77'; THENCE N61°13'56"W - 5.09'; THENCE N28°46'04"E - 187.50' TO THE POINT OF BEGINNING;

THENCE N28°46'04"E - 179.50';

THENCE S61°13'56"E - 375.08';

THENCE S28°46'04"W - 179.50';

THENCE N61°13'56"W - 375.09' TO THE POINT OF BEGINNING.

SAID TRACT BEING DESIGNATED AS "BLOCK D" AND LOCATED IN SECTION 57 & 58, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH,

LOUISIANA AS SHOWN ON A MAP TITLED "MAP SHOWING SUBDIVISION OF TRACT A-1-A-1-A, GEORGE M. PAULAT PROPERTY AND TRACT B-1-A, EUNICE K. SABATIER TRACT..." BY DAVID B. FAZEKAS, P.L.S. DATED MAY 30, 2006 AND RECORDED IN THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, LOUISIANA AS ORIGINAL 124, BUNDLE 11845.


## XII.    Block E

COMMENCING AT A POINT BEING FORMED BY THE INTERSECTION OF THE LINE COMMON BETWEEN SECTIONS 57 & 58, T.8S., R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427) THENCE PROCEED ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY 427) N61°23'51"W - 126.61'; THENCE N28°46'04"E - 279.77'; THENCE S61°13'56"E - 370.00' TO THE POINT OF BEGINNING;

THENCE N28°46'04"E - 367.00';

THENCE S61°13'56"E - 493.95';

THENCE S28°28'33"W - 367.00';

THENCE N61°13'56"W - 495.82' TO THE POINT OF BEGINNING.

SAID TRACT BEING DESIGNATED AS "BLOCK E" AND LOCATED IN SECTION 57, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AS SHOWN ON A MAP TITLED "MAP SHOWING SUBDIVISION OF TRACT A-1-A-1-A, GEORGE M. PAULAT PROPERTY AND TRACT B-1-A, EUNICE K. SABATIER TRACT..." BY DAVID B. FAZEKAS, P.L.S. DATED MAY 30, 2006 AND RECORDED IN THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, LOUISIANA AS ORIGINAL 124, BUNDLE 11845.

LESS AND EXCEPT THE FOLLOWING:

COMMENCING AT A POINT BEING FORMED BY THE INTERSECTION OF THE COMMON LINE BETWEEN TRACT A-1-A-1-A-1 AND THE WESTERN LINE OF BLOCK N AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427), THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY. 427) PROCEED S61°23'51"E – 508.11'; THENCE S63°05'54"E – 100.26'; THENCE ALONG THE ARC OF A CURVE CONCAVING TO THE SOUTHWEST HAVING A CENTRAL ANGLE OF 02°15'00", A RADIUS OF 2596.48', A TANGENT OF 50.99', A LENGTH OF 101.96', A CHORD OF 101.96' AND A CHORD BEARING S60°01'29"E; THENCE S59°19'40"E 127.07'; THENCE N28°28'33"E – 253.93'; THENCE N61°13'56"W – 50.00'; THENCE N28°28'33"W – 27.49'; TO THE POINT OF BEGINNING.

THENCE N28°28'33"E – 367.00';

THENCE S61°13'56"E – 80.00';

THENCE S28°28'33"W – 367.00';

THENCE N61°13'56"W – 80.00'; THE POINT OF BEGINNING.

SAID TRACT BEING A PORTION OF BLOCK "E" AND LOCATED IN SECTION 57, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA.

## XIII.  Block F

COMMENCING AT A POINT BEING FORMED BY THE INTERSECTION OF THE LINE COMMON BETWEEN SECTIONS 57 & 58, T.8S., R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AND THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HIGHWAY 427) THENCE PROCEED ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF PERKINS ROAD (LA HWY 427) N61°23'51"W - 126.61'; THENCE N28°46'04"E - 279.77'; THENCE N61°13'56"W - 5.09' TO THE POINT OF BEGINNING.

THENCE N28°46'04"E - 187.50';

THENCE S61°13'56"E - 375.09';

THENCE S28°46'04"W - 187.50';

THENCE N61°13'56"W - 375.09' TO THE POINT OF BEGINNING.

SAID TRACT BEING DESIGNATED AS "BLOCK F" AND LOCATED IN SECTION 57 & 58, T.8S.-R.1E., GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA AS SHOWN ON A MAP TITLED "MAP SHOWING SUBDIVISION OF TRACT A-1-A-1-A, GEORGE M. PAULAT PROPERTY AND TRACT B-1-A, EUNICE K. SABATIER TRACT..." BY DAVID B. FAZEKAS, P.L.S. DATED MAY 30, 2006 AND RECORDED IN THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, LOUISIANA AS ORIGINAL 124, BUNDLE 11845.