**EXHIBIT 1 to KeyBank's Bill of Costs. Civ. A. No. 3:10-0552**

**Fees of the Clerk**

| | | |
|---|---|---|
| 1 | 8/23/2010 Complaint against ThornCo, LLC (Filing fee $ 350, receipt number 053N-593972), filed by KeyBank National Association. | $350.00 |
| 2 | 08/30/2010 Motion for Janine Metcalf to Appear Pro Hac Vice (Filing fee $40.00, Receipt Number 053N-596166) by KeyBank National Association | $40.00 |
| 3 | 05/31/2011 Motion for Samantha R. Mandell to Appear Pro Hac Vice (Filing fee $40.00, Receipt Number 053N-685481) by KeyBank National Association | $40.00 |
| | **Subtotal relating to fees of the Clerk:** | **$430.00** |

**Deposition Transcript Fees**

| | | |
|---|---|---|
| 1 | Fees for deposition of Murray L. McCullough on 3/21/2011 (excerpts submitted with KeyBank's Opposition to ThornCo's Motion for Summary Judgment, Rec. Doc. No. 402, Exhibit 33).<br>Curren-Landrieu, LLC Invoice No. 15431KH | $196.20 |
| 2 | Fees for deposition of JTS Management Company, LLC and Joseph T. Spinosa on 5/19/2011 (excerpts submitted with ThornCo's Motion for Summary Judgment, Rec. Doc. 392, Exhibit 5; KeyBank's Opposition to ThornCo's Motion for Summary Judgment, Rec. Doc. No. 402, Exhibit 28; ThornCo's Opposition to KeyBank's Motion for Summary Judgment, Rec. Doc. 401, Exhibit C).<br>Curren-Landrieu, LLC Invoice No. 15571KH | $737.95 |
| 3 | Fees for deposition of Richard Wiley Prothero on 6/15/2011 (excerpts submitted with ThornCo's Motion for Summary Judgment, Rec. Doc. 392, Exhibit 6).<br><br>Fees for deposition of Constance Chase on 6/15/2011 (excerpts submitted with ThornCo's Motion for Summary Judgment, Rec. Doc. 392, Exhibit 7).<br><br>Fees for deposition of Karen B. Schultz on 6/15/2011 (excerpts submitted with ThornCo's Motion for Summary Judgment, Rec. Doc. 392, Exhibit 8; KeyBank's Reply Brief, Rec. Doc. 409, Exhibit 23).<br><br>Lyon Reporting, Inc. Invoice No. 15223A | $327.03<br><br>$147.18<br><br>$837.87 |

| | | |
|---|---|---|
| 4 | Fees for deposition of ThornCo, LLC, on 6/29/2011 (excerpts submitted with KeyBank's Motion for Summary Judgment, Rec. Doc. 394, Exhibit 22; ThornCo's Motion for Summary Judgment, Rec. Doc. 392, Exhibit 9; KeyBank's Reply Brief, Rec. Doc. 409, Exhibit 24).<br>Curren-Landrieu, LLC Invoice No. 16017KH | $687.00 |
| 5 | Fees for deposition of Perkins Rowe Associates, LLC and Perkins Rowe Associates II, LLC on 7/18/2011 (excerpts submitted with ThornCo's Motion for Summary Judgment, Rec. Doc. 392, Exhibit 13; KeyBank's Opposition to ThornCo's Motion for Summary Judgment, Rec. Doc. No. 402, Exhibit 36).<br>Curren-Landrieu, LLC Invoice No. 16238KH | $304.75 |
| 6 | Fees for deposition of Glen R. Jarrell on 7/18/2011 (excerpts submitted with ThornCo's Motion for Summary Judgment, Rec. Doc. 392, Exhibit 14).<br>Curren-Landrieu, LLC Invoice No. 16241KH | $135.85 |
| | **Subtotal relating to deposition transcript fees:** | **$3,373.83** |

**Copying Costs**

| | | |
|---|---|---|
| 1 | Documents copied from records of EMJ Corporation.<br>Elite Document Technology Invoice No. 28464 | $2,536.07 |
| | **Subtotal relating to fees of the Clerk:** | **$2,536.07** |

**TOTAL: $6,339.90**

OK ✓ - Please Pay
2574 - 29187

# Invoice

## Curren-Landrieu, LLC

Visiti our website at www.currenland.com
749 Aurora Avenue
Suite 4
Metairie, LA 70005-2627
Phone: (504) 833-3330 Fax: (504) 833-3355

| Invoice Date | Invoice # |
|---|---|
| Thursday, April 14, 2011 | 15431KH |

217289

Phillip J. Antis, Jr.
Gordon, Arata, McCollam, Duplantis & Eagan, LLP
201 St. Charles Avenue
Suite 4000
New Orleans, LA 70170-1006

Phone: Fax:

| | |
|---|---|
| **Witness:** | Murray L. McCullough |
| **Case:** | Keybank National Association v. Perkins Rowe Associates, LLC, et al |
| **Venue:** | Middle District Of Louisiana |
| **Case #:** | 3:09-CV-00497 |
| **Date:** | 3/21/2011 |
| **Start Time:** | 9:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Tara Wilson |
| **Claim #:** | |
| **File #:** | |

*3035PC*

| Description |
|---|
| Furnishing Transcript |
| Furnishing Compressed Transcript |
| Exhibits Attached - Black & White |

| | |
|---|---|
| **Sub Total** | $196.20 |
| **Payments** | $0.00 |
| **Balance Due** | $196.20 |

PAID
APR 29 2011
CK # ____________

**Fed. I.D. # 01-0793130**

***Thank you for your business!***

GORDON, ARATA, McCOLLAM, DUPLANTIS & EAGAN, LLC 201 St. Charles, 40th Floor, New Orleans, LA **CHECK NO.: 53311**

| REF. | INVOICE NO. | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| 217289 | 15431KH | 04-14-11 | 196.20 | 1840000001 02574-029187 | 196.20 |
| | | | | Total Amount Paid | 196.20 |

218724

Ok ✓
2574-29187

**Curren-Landrieu, LLC**

**Invoice**

**Visiti our website at www.currenland.com**

749 Aurora Avenue
Suite 4
Metairie, LA 70005-2627
Phone: (504) 833-3330 Fax: (504) 833-3355

| Invoice Date | Invoice # |
|---|---|
| Monday, June 06, 2011 | 15771KH |

Phillip J. Antis, Jr.
Gordon, Arata, McCollam, Duplantis & Eagan, LLP
201 St. Charles Avenue
Suite 4000
New Orleans, LA 70170-1006

Phone: (504) 582-1111 Fax: (504) 582-1121

**Witness:** Joseph T. Spinosa
**Case:** Keybank National Association v. Perkins Rowe Associates, LLC, et al
**Venue:** Middle District Of Louisiana
**Case #:** 3:09-CV-00497
**Date:** 5/19/2011
**Start Time:** 9:00 AM
**End Time:** : 0
**Reporter:** Tara Wilson
**Claim #:**
**File #:**

*9308MJB3*

| Description | |
|---|---|
| Furnishing Transcript | |
| Furnishing Compressed Transcript | |
| Exhibits Attached - Black & White | |
| **Sub Total** | $737.95 |
| **Payments** | $0.00 |
| **Balance Due** | $737.95 |

**Fed. I.D. # 01-0793130**

***Thank you for your business!***

GORDON, ARATA, McCOLLAM, DUPLANTIS & EAGAN, LLC 201 St. Charles, 40th Floor, New Orleans, LA **CHECK NO.: 53458**

| REF. # | INVOICE NO. | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| 218724 | 15771KH | 06-06-11 | 737.95 | 1840000001 02574-029187 | 737.95 |
| | | | | Total Amount Paid | 737.95 |

2/14/12

✓ Ok PJA

**Invoice**

**Curren-Landrieu, LLC**

**Visiti our website at www.currenland.com**

749 Aurora Avenue
Suite 4
Metairie, LA 70005-2627
Phone: (504) 833-3330 Fax: (504) 833-3355

| Invoice Date | Invoice # |
| --- | --- |
| Friday, July 08, 2011 | 16017KH |

2574-29187

Phillip J. Antis, Jr.
Gordon, Arata, McCollam, Duplantis & Eagan, LLP
201 St. Charles Avenue
Suite 4000
New Orleans, LA 70170-1006

Phone: (504) 582-1111 Fax: (504) 582-1121

**Witness:** Gary Thornton
**Case:** Keybank National Association v. Perkins Rowe Associates, LLC, et al
**Venue:** Middle District Of Louisiana
**Case #:** 3:09-CV-00497
**Date:** 6/29/2011
**Start Time:** 9:00 AM
**End Time:** : 0
**Reporter:** Kristin Marinello
**Claim #:**
**File #:**

*3299PC*

| Description |
| --- |
| Reporting & Transcribing |
| Exhibits Tabbed & Bound |
| Furnishing Compressed Transcript |

| | |
| --- | --- |
| Sub Total | $687.00 |
| Payments | $0.00 |
| Balance Due | $687.00 |

**Fed. I.D. # 01-0793130**

***Thank you for your business!***

GORDON, ARATA, McCOLLAM, DUPLANTIS & EAGAN, LLC 201 St. Charles, 40th Floor, New Orleans, LA

CHECK NO.: 53529

| REF. # | INVOICE NO. | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 219472 | 16017KH | 07-08-11 | 687.00 | 1840000001 | 02574-029187 | 687.00 |
| | | | | | Total Amount Paid | 687.00 |



214286

Ok

**Lyon Reporting, Inc.**
*Certified Court Reporters*
*Post Office Box 81124*
*Atlanta, Georgia 30366*
*(770) 458-5500*
*Federal ID# 58-1798114*

2574-29187

PHILLIP J. ANTIS, JR., EST.
GORDON, ARATA, McCOLLAM,
DUPLANTIS & EAGAN, LLP
40TH FLOOR
201 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70170

June 28, 2011

**Invoice#** 15223A

**Balance:** $1,561.40

**Re:** KEYBANK NATIONAL ASSOC. vs. PERKINS ROWE ASSOC., et al.
NO. 3:09-CV-00497
*on* 06/15/11 *Billed* 06/28/11
*by* JOYCE E. HARRISON, RPR

## *Invoicing Information*

Charge Description

ONE COPY EACH OF THE DEPOSITION TRANSCRIPTS OF KAREN B. SCHULTZ, RICHARD WILEY PROTHERO, CONSTANCE C. CHASE AND LLOYD EDWARD MILLER, TAKEN AT 1420 PEACHTREE STREET, N.E., SUITE 800, ATLANTA, GEORGIA, ON JUNE 15 & 16, 2011, PLUS E-TRANSCRIPT FILE OF EACH AND VERY LARGE NUMBER OF EXHIBITS SCANNED TO CD.

** TRANSCRIPTS SENT NEXT DAY AIR 6/28/11.

1.50% per month on unpaid balance

**Please Remit ---> Total Due: $1,561.40**

*INVOICE IS DUE AND PAYABLE UPON RECEIPT.*

* *LYON REPORTING CELEBRATES 36 YEARS OF SERVICE* *

**If payment mailed by 07/23/11, remit only $1,419.47**

**Helen Diebold**

**From:** Richard Chambers [richard@lyonreporting.com]
**Sent:** Wednesday, January 04, 2012 2:37 PM
**To:** Helen Diebold
**Subject:** Keybank National - Invoice breakdown

January 4, 2012

Phillip J. Antis, Jr., Esq.
Gordon, Arata, McCollam, Duplantis & Eagan
40th Floor
201 St. Charles Avenue
New Orleans, Louisiana 70170

Dear Mr. Antis:

The breakdown of the four witnesses in the Keybank National Association vs. Perkins Rowe, et al. is shown below.

| | | |
|---|---|---|
| Karen B. Schultz | - - | $837.87 |
| Richard W. Prothero | - | 327.03 |
| Constance C. Chase | - | 147.18 |
| Lloyd E. Miller | - | 249.32 |
| | | ========= |
| Total | - | $1,561.40 |

Please call if you have any questions.

Thank you.

LYON REPORTING, INC.

Richard B. Chambers
Vice President

Richard Chambers



Lyon Reporting, Inc.
770/458-5500
800/767-2030

please visit
www.lyonreporting.com
on-line scheduling

N N R C
Green Commission

GORDON, ARATA, McCOLLAM, DUPLANTIS & EAGAN, LLC 201 St. Charles, 40th Floor, New Orleans, LA CHECK NO.: 53521

| REF. # | INVOICE NO. | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 219286 | 15223A | 07-01-11 | 1,561.40 | 1840000001 | 02574-029187 | 1,561.40 |
| | | | | Total Amount Paid | | 1561.40 |

2574-29187

220496

**Invoice**

## Curren-Landrieu, LLC

**Visiti our website at www.currenland.com**

749 Aurora Avenue
Suite 4
Metairie, LA 70005-2627
Phone: (504) 833-3330 Fax: (504) 833-3355

| Invoice Date | Invoice # |
|---|---|
| Friday, July 29, 2011 | 16238KH |

Steven W. Copley
Gordon, Arata, McCollam, Duplantis & Eagan, LLP
201 St. Charles Avenue
Suite 4000
New Orleans, LA 70170-1006

Phone: (504) 582-1111 Fax: (504) 582-1121

**Witness:** Joseph T. Spinosa
**Case:** Keybank National Association v. Perkins Rowe Associates, LLC, et al
**Venue:** Middle District Of Louisiana
**Case #:** 3:09-CV-00497
**Date:** 7/18/2011
**Start Time:** 9:30 AM
**End Time:** : 0
**Reporter:** Tara Wilson
**Claim #:**
**File #:**

9458MJB3

| Description |
|---|
| Furnishing Transcript |
| Furnishing Compressed Transcript |
| Exhibits Attached - Black & White |

| | |
|---|---|
| **Sub Total** | $304.75 |
| **Payments** | $0.00 |
| **Balance Due** | $304.75 |

**Fed. I.D. # 01-0793130**

***Thank you for your business!***

220499

## Curren-Landrieu, LLC

**Invoice**

**Visiti our website at www.currenland.com**

749 Aurora Avenue
Suite 4
Metairie, LA 70005-2627
Phone: (504) 833-3330 Fax: (504) 833-3355

| Invoice Date | Invoice # |
|---|---|
| Friday, July 29, 2011 | 16241KH |

Steven W. Copley
Gordon, Arata, McCollam, Duplantis & Eagan, LLP
201 St. Charles Avenue
Suite 4000
New Orleans, LA 70170-1006

Phone: (504) 582-1111 Fax: (504) 582-1121

**Witness:** Glen R. Jarrell

**Case:** Keybank National Association v. Perkins Rowe Associates, LLC, et al

**Venue:** Middle District Of Louisiana

**Case #:** 3:09-CV-00497

**Date:** 7/18/2011

**Start Time:** 11:45 AM

**End Time:** : 0

**Reporter:** Tara Wilson

**Claim #:**

**File #:** *3341PC*

| Description |
|---|
| Furnishing Transcript |
| Furnishing Compressed Transcript |

| | |
|---|---|
| Sub Total | $135.85 |
| Payments | $0.00 |
| Balance Due | $135.85 |

**Fed. I.D. # 01-0793130**

***Thank you for your business!***

GORDON, ARATA, McCOLLAM, DUPLANTIS & EAGAN, LLC 201 St. Charles, 40th Floor, New Orleans, LA CHECK NO.: 53619

| REF. # | INVOICE NO. | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 220496 | 16238KH | 08-01-11 | 304.75 | 1840000001 | 02574-029187 | 304.75 |
| 220497 | 16413KH | 08-18-11 | 1,014.60 | 1840000001 | 04426-028938 | 1,014.60 |
| 220498 | 16389KH | 08-15-11 | 811.30 | 1840000001 | 04426-028938 | 811.30 |
| 220499 | 16241KH | 08-01-11 | 135.85 | 1840000001 | 02574-029187 | 135.85 |
| 220500 | 16397KH | 08-17-11 | 496.60 | 1840000001 | 05171-029592 | 496.60 |
| | | | | Total Amount Paid | | 2763.10 |



a158 67

# INVOICE

Elite Document Technology-Dallas

| Date | Invoice # |
|---|---|
| 2/14/2011 | 28464 |

www.elitedoctechnology.com

Call us today to learn more about DEPOSITION SCHEDULING and our ONLINE TRANSCRIPT and DEPO MANAGEMENT SYSTEM!!!

**Bill To**

Phillip Antis
Gordon Arata McCollam Duplantis & Eagan LLP
201 St. Charles Avenue 40th Floor
New Orleans, LA 70170-4000

Job #: EDT_028464

| Client Ref. # | Terms | Rep | Ordered By |
|---|---|---|---|
| 020911 | Net 30 | NN | Phillip Antis |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| DIGITAL:Scanning [C] | 435 | $0.150 | $65.25T |
| DIGITAL:Scanning [D] | 3403 | $0.180 | $612.54T |
| DIGITAL:Duplication - CD | 28 | $25.000 | $700.00T |
| DIGITAL:Duplication - DVD | 22 | $40.000 | $880.00T |
| PROJECT MANAGEMENT:Project Management | 1 | $85.000 | $85.00T |

PAID
FEB 18 2011
CK #

A 5% late fee will be applied to any invoice over 30 days past due.

We accept VISA & Mastercard.

| | |
|---|---|
| Subtotal: | $2,342.79 |
| Sales Tax(0.0825): | $193.28 |
| Total: | $2,536.07 |

Customer Signature: [signature] Date: 2/14/11

Tax ID Number:
33-1029748

Please remit all payments to: 403 North Stemmons Freeway Suite 100 Dallas, Texas 75207

pay-
2574-29187

GORDON, ARATA, McCOLLAM, DUPLANTIS & EAGAN, LLC 201 St. Charles, 40th Floor, New Orleans, LA

CHECK NO.: 53190

| REF. # | INVOICE NO. | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 215567 | 28464 | 02-14-11 | 2,536.07 | 1840000001 | 02574-029187 | 2,536.07 |
| | | | | | Total Amount Paid | 2536.07 |